# IN THE SUPREME COURT OF PENNSYLVANIA

OFFICE OF DISCIPLINARY COUNSEL : No. 2311 Disciplinary Docket No. 3
:
Petitioner : 169 DB 2016
:
v. : Attorney Registration No. 69176
:
JEFFREY DALE MOHLER : (Delaware County)
:
Respondent :

## ORDER

**PER CURIAM**

**AND NOW**, this 2nd day of October, 2017, upon consideration of the Recommendation of the Three-Member Panel of the Disciplinary Board, the Joint Petition in Support of Discipline on Consent is granted, and Jeffrey Dale Mohler is suspended on consent from the Bar of this Commonwealth for a period of five years, retroactive to October 28, 2016. He shall comply with all provisions of Pa.R.D.E. 217.

Respondent shall pay the costs incurred by the Disciplinary Board in the investigation and prosecution of this matter.